People ex rel. Russo v Toulon (2023 NY Slip Op 03304)

People ex rel. Russo v Toulon

2023 NY Slip Op 03304

Decided on June 16, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 16, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BETSY BARROS
PAUL WOOTEN
HELEN VOUTSINAS, JJ.

2023-05065

[*1]The People of the State of New York, ex rel. Jason Lawrence Russo, on behalf of Julie Devuono, petitioner,
v
Errol D. Toulon, etc., et al., respondents.

Gaitman & Russo, LLP, Garden City, NY (Jason Lawrence Russo pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (James Bartens of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application, inter alia, to modify a nonmonetary bail condition concerning the curfew of Julie Devuono, upon Suffolk County Indictment Nos. 70771/2023 and 70807/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements, without prejudice to seeking relief before the Supreme Court, Suffolk County.
In this proceeding, the petitioner has not established entitlement to the relief sought.
DILLON, J.P., BARROS, WOOTEN and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court